COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Don Peterson, Mackey Peterson, Tonya Peterson, and Lonny Peterson v. Carol Ann Manley, David Peterson, and Silverado Senior Living, Inc. d/b/a Silverado Senior Living—Sugar Land

Appellate case number: 01-15-00567-CV; 01-15-00586-CV

Trial court case number: 427,208-401; 427,208

Trial court: Probate Court No. 1 of Harris County

Appellee Silverado Senior Living has filed a motion, which was subsequently joined by appellees Carol Anne Manley and David Patterson, for "Judicial Notice and Administrative Relief" in both of the above-captioned appeals. The motion asserts that the two appeals are interrelated and requests that this Court (1) take judicial notice of the appellate record in each appeal's related case and (2) order both appeals assigned to the same panel. Appellants have not filed an objection to the motions. The motion is **granted**.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale

☑ Acting individually ☐ Acting for the Court

Date: January 5, 2016